## MONTHLY OPERATING REPORT FOR
## INDIVIDUAL DEBTOR(S) ENGAGED IN BUSINESS

Case No.  12-39057-elp11

Debtor  Leah Bader                                    Report Month/Year    Mar-13

---

**Instructions**:  The debtor's monthly financial report shall include this cover sheet signed by the debtor and all UST forms and supporting documents.  Exceptions, if allowed, are noted in the checklist below.  Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-1(b) and 2015-2, or the U.S. Trustee's reporting requirements, may be cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report: **Completed** **Not Applicable**

| Form | Description | Completed | Not Applicable |
|---|---|:---:|:---:|
| **UST-31** | **Business Comparative Income Statement** or debtor's income statement (must include all line items specified on UST-31). | X | |
| **UST-32** | **Business Comparative Balance Sheet** or debtor's balance sheet (must include all line items specified on UST-32).  The debtor's balance sheet, if used, shall include a breakdown of pre-and post-petition liabilities.  The breakdown may be provided as a separate attachment to the debtor's balance sheet. | X | |
| **UST-33** | **Business Comparative Cash Flow Statement** or debtor's cash flow statement (must include all line items specified on UST-33).  Complete this statement if the debtor is reporting based on the **accrual basis of accounting**.  This is the required method, unless other arrangements have been made with the U.S. Trustee. | | X |
| **UST-34** | **Business Summary of Disbursements** | X | |
| **UST-34A** | **Business Statement(s) of Cash Receipts and Disbursements** Complete one or more to include all bank accounts or other sources of debtor funds.  Include copies of monthly bank statements and all supporting documents described in the instructions. | X | |
| **UST-35** | **Business Statement of Aged Receivables** Provide a detailed accounting of aged receivables on, or as an attachment to, UST-35. | X | |
| **UST-36** | **Business Statement of Aged Post-Petition Payables** Provide a detailed accounting of aged post-petition payables on, or as an attachment to, UST-36. | X | |
| **UST-37** | **Business/Personal Statement of Operations** When applicable, UST-37 shall include copies of supporting documents such as an escrow statement for the sale of real property, an auctioneer's report for property sold at auction, or a certificate of insurance or copy of debtor's bond for any change in insurance or bond coverage. | X | |
| **UST-38** | **Personal Comparative Balance Sheet** Debtor should report using fair market values for assets and liabilities. | X | |
| **UST-39** | **Personal Summary of Cash Receipts** | X | |
| **UST-40** | **Personal Summary of Disbursements** | X | |
| **UST-40A** | **Personal Financial Account Detail** Complete one or more to include all bank accounts or other sources of debtor funds.  Include copies of monthly bank statements and all supporting documents described in the instructions. | X | |
| **UST-41** | **Filing and Certifications** | X | |

## Debtor's Certification on Next Page must be signed

## MONTHLY OPERATING REPORT FOR
## INDIVIDUAL(S) ENGAGED IN BUSINESS

Case No.   12-39057-elp11

Debtor     Leah Bader                    Report Month/Year          Mar-13

---

### DEBTOR'S CERTIFICATION

I certify under penalty of perjury that (1) I have personally prepared this financial report or directly supervised its preparation, and (2) the information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

BY:        /s/ Leah Bader                          DATE:      4/19/13

The debtor(s), or trustee, if appointed, must sign the monthly financial report.   Debtor's counsel may not sign a financial report for the debtor.

---

Case Number: 12-39057-elp11
Report Mo/Yr: Mar-13

**Debtor:** Leah Bader

| UST-31, BUSINESS COMPARATIVE INCOME STATEMENT |
|---|

**INSTRUCTIONS:** The initial report should include only business activity commencing from the petition date through the end of the month.

| For the Month of: | MO/YR March 2013 | MO/YR Jan 2013 | MO/YR Feb 2013 | Cumulative To Date |
|---|---|---|---|---|
| Revenue | See Attached | See Attached | See Attached | - |
| Less: Returns and Allowances | | | | - |
| NET REVENUE | - | - | - | - |
| | | | | |
| Cost of Goods sold: | | | | |
| Beginning Inventory | | | | - |
| Add: Purchases | | | | - |
| Less: Ending Inventory | | | | - |
| Cost of Goods Sold | - | - | - | - |
| | | | | |
| Additional Costs of Good Sold: | | | | |
| Direct Labor | | | | - |
| Freight In | | | | - |
| TOTAL COST OF GOOD SOLD | - | - | - | - |
| | | | | |
| Other Operating Expenses: | | | | |
| Officers' Salaries (Gross) | | | | - |
| Other Salaries (Gross)* | | | | - |
| Depreciation and Amortization | | | | - |
| Employee Benefits | | | | - |
| Payroll Taxes (Employer's portion) | | | | - |
| Insurance | | | | - |
| Rent | | | | - |
| General and Administrative | | | | - |
| TOTAL OPERATING EXPENSES | - | - | - | - |
| | | | | |
| NET OPERATING INCOME (LOSS) | - | - | - | - |
| | | | | |
| Add: Other Income | | | | - |
| | | | | |
| Less: Interest Expense | | | | - |
| | | | | |
| Less: Non-Recurring Items | | | | |
| Professional Fees | | | | - |
| UST Fees | | | | - |
| Other (Specify) | | | | - |
| TOTAL REORGANIZATION EXPENSES | - | - | - | - |
| GAIN (LOSS) ON DISPOSAL OF ASSETS | | | | - |
| NET INCOME (LOSS) BEFORE INCOME TAX | - | - | - | - |
| | | | | |
| Income Taxes | | | | - |
| NET INCOME (LOSS) | - | - | - | - |

Addendum to UST 31

# Custom Marble
## Profit & Loss
### March 2013

Accrual Basis

|  | Mar 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income (Income received from customers for construction jobs) | 25,627.00 |
| **Total Income** | 25,627.00 |
| **Cost of Goods Sold** | |
| raw material | 531.38 |
| supplies COGS (supplies) | |
| solid surface | 1,106.84 |
| supplies COGS (supplies) - Other | 7,431.44 |
| Total supplies COGS (supplies) | 8,538.28 |
| **Total COGS** | 9,069.66 |
| **Gross Profit** | 16,557.34 |
| **Expense** | |
| Auto and Truck Expenses (Fuel, oil, repairs, and other maintenance for business autos and trucks) | 2,045.81 |
| Business Licenses and Permits (Business licenses, permits, and other business-related fees) | 53.60 |
| Dues and Subscriptions (Subscriptions and membership dues for civic, service, professional, trade o | 83.40 |
| Insurance Expense (Insurance expenses) | |
| auto | 186.60 |
| General Liability Insurance (General liability insurance premiums) | 2,160.00 |
| health | |
| leah's life | 136.00 |
| Total health | 136.00 |
| Total Insurance Expense (Insurance expenses) | 2,482.60 |
| Meals and Entertainment (Business meals and entertainment expenses, including travel-related meals | 99.80 |
| Office Supplies (Office supplies expense) | 439.78 |
| Payroll Expenses | 6,282.50 |
| Rent Expense (Rent paid for company offices or other structures used in the business) | 732.32 |
| Repairs and Maintenance (Incidental repairs and maintenance of business assets that do not add to t | 263.00 |
| supplies | |
| shop supplies | 100.89 |
| supplies - Other | 991.43 |
| Total supplies | 1,092.32 |
| Telephone Expense (Telephone and long distance charges, faxing, and other fees Not equipment pur... | 488.78 |
| Utilities (Water, electricity, garbage, and other basic utilities expenses) | 1,418.06 |
| **Total Expense** | 15,481.97 |
| **Net Ordinary Income** | 1,075.37 |
| **Net Income** | 1,075.37 |

Addendum to UST 31

# Income Statement

**Best Bet Lodging**

**3/1-31/13**

Financial Statements in U.S. Dollars

## Revenue

| | |
|---|---|
| Gross Sales | |
| Less: Sales Returns and Allowances | |
| **Net Sales** | |



## Cost of Goods Sold

Beginning Inventory
Add:        Purchases
             Freight-in
             Direct Labor
             Indirect Expenses
Inventory Available
Less: Ending Inventory
    **Cost of Goods Sold**

    **Gross Profit (Loss)**



## Expenses

| | |
|---|---|
| auto. | 397 |
| Labor | 2650 |
| Depreciation | |
| Insurance | 1442 |
| Interest | 6219 |
| Legal and Professional Fees | |
| Office Expense | 1063 |
| Rent | |
| Repairs and Maintenance | 1438 |
| Supplies | 855 |
| Taxes | |
| travel24A | 279 |
| travel24B | |
| Utilities | 18837 |
| **Total Expenses** | 33352 |
| | |
| **Net Operating Income** | (4550) |

## Other Income

| | |
|---|---|
| Gain (Loss) on Sale of Assets | |
| Interest Income | |
| **Total Other Income** | |
| | |
| **Net Income (Loss)** | (4550) |

Addendum to UST 31

# Rental Prop
## Profit & Loss
### March 2013

**Accrual Basis**

|  | Mar 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| Rental Income-Wheeler | 650.00 |
| Rental Income - 53rd | 1,050.00 |
| Rental Income - 81st | 900.00 |
| **Total Rental Income** | 2,600.00 |
| **Total Income** | 2,600.00 |
| **Net Ordinary Income** | 2,600.00 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest | 0.01 |
| **Total Other Income** | 0.01 |
| **Net Other Income** | 0.01 |
| **Net Income** | **2,600.01** |

ADDENDUM TO UST-31
General Expenditures for December:

| | |
|---|---|
| Order Checks | $36.44 |
| Raw materials | $873.04 |
| Order Checks | $174.52 |
| Insurance | $218.76 |
| Insurance | $236.51 |
| Office Supplies | $46.25 |
| Raw materials | $873.04 |
| Gas | $42.51 |
| Order Checks | $23.22 |
| | |
| Total | $2,524.29 |

Case Number: 12-39057-elp11
Report Mo/Yr: Mar-13

**Debtor:** Leah Bader

| UST-32, BUSINESS COMPARATIVE BALANCE SHEET | | | | |
|---|---|---|---|---|

| ASSETS          As of month ending: | MO/YR **March 2013** | MO/YR **Jan 2013** | MO/YR **Feb 2013** | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| Current Assets | See Attached | See Attached | See Attached | |
| Cash | | | | 4,230 |
| | | | | |
| Accounts Receivable | | | | 20,318 |
| Less: Allowance for Doubtful Accounts | | | | |
| NET ACCOUNTS RECEIVABLE | - | - | - | 20,318 |
| | | | | |
| Notes Receivable | | | | |
| Insider Receivables | | | | |
| Inventory | | | | 500 |
| Prepaid Expenses | | | | |
| Other (attach list) | | | | |
| | | | | |
| TOTAL CURRENT ASSETS | - | - | - | 25,048 |
| Fixed Assets | | | | |
| Real Property/Buildings | | | | |
| Equipment | | | | 4,000 |
| Accumulated Depreciation | | | | |
| NET FIXED ASSETS | - | - | - | 4,000 |
| | | | | |
| Other Assets (attach list) | | | | |
| TOTAL ASSETS | - | - | - | 29,048 |
| | | | | |
| | | | | |
| LIABILITIES | | | | |
| Post-Petition Liabilities | | | | |
| Trade Accounts Payable | | | | |
| Taxes Payable | | | | |
| Accrued Professional Fees | | | | |
| Notes Payable | | | | |
| Rents and Lease payables | | | | |
| Accrued Interest | | | | |
| Other (specify) | | | | |
| TOTAL POST-PETITION LIABILITIES | - | - | - | |
| Pre-Petition Liabilities | | | | |
| Secured Debt | | | | |
| Priority Debt | | | | 14,220 |
| Unsecured Debt | | | | 99,197 |
| Other (attach list) | | | | |
| TOTAL PRE-PETITION LIABILITIES | - | - | - | 113,417 |
| | | | | |
| TOTAL LIABILITIES | - | - | - | 113,417 |

Method of inventory valuation (Cost, Lower of Cost or Market, FIFO, LIFO, Other) : _____ LIFO

Case Number: 12-39057-elp11
Report Mo/Yr: _____ Mar-13

**Debtor:** Leah Bader _____

| UST-32, BUSINESS COMPARATIVE BALANCE SHEET |
|---|

| EQUITY                         As of month ending: | MO/YR<br>March 2013 | MO/YR<br>Jan 2013 | MO/YR<br>Feb 2013 | PER SCHEDULES<br>(i.e. Petition Date) |
|---|---|---|---|---|
| Owners' Equity (or Deficit) | See Attached | See Attached | See Attached | |
| | | | | |
| Prepetition Owners' Equity | | | | (84,369) |
| Post-petition Cumulative Profit or (Loss) | | | | |
| Direct Charges to Equity (**Explain**) | | | | |
| | | | | |
| TOTAL OWNERS' EQUITY (DEFICIT) | - | - | - | (84,369) |
| | | | | |
| | | | | |
| TOTAL LIABILITIES AND OWNERS' | | | | |
| EQUITY(DEFICIT) | - | - | - | 29,048 |

FOOTNOTES TO BALANCE SHEET:

UST - 32 Attachment

# Custom Marble
## Balance Sheet
### As of March 31, 2013

Accrual Basis

|  | Mar 31, 13 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| Savings | 550.03 |
| Wells Fargo Bank | 11,389.87 |
| **Total Checking/Savings** | 11,939.90 |
| Accounts Receivable | |
| Accounts Receivable | 16,430.00 |
| **Total Accounts Receivable** | 16,430.00 |
| **Total Current Assets** | 28,369.90 |
| **TOTAL ASSETS** | 28,369.90 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Payroll Liabilities | 1,880.25 |
| **Total Other Current Liabilities** | 1,880.25 |
| **Total Current Liabilities** | 1,880.25 |
| Long Term Liabilities | |
| umpqua small buisness loc loan (umpqua line of credit loan) | 32,633.12 |
| umpqua small business re loan (umpqua real estate loan) | 182,197.85 |
| **Total Long Term Liabilities** | 214,830.97 |
| **Total Liabilities** | 216,711.22 |
| Equity | |
| Opening Bal Equity | -495,950.86 |
| Owners Draw (Monies taken out of the business by the owner) | -11,250.00 |
| Owners Equity (Monies invested in the business by the owner, and profits kept in company accou... | 300,697.82 |
| Net Income | 18,161.72 |
| **Total Equity** | -188,341.32 |
| **TOTAL LIABILITIES & EQUITY** | 28,369.90 |

UST - 32 Attachment

Case Number: _____
Report Mo/Yr: _____

Debtor: _Motel & Motor Lodge_

## UST-38, PERSONAL COMPARATIVE BALANCE SHEET

**INSTRUCTIONS:** This balance sheet has been designed for ease of use for debtor's personal assets and liabilities. Accordingly, it is not intended to follow standard accounting principles. Include in this balance sheet only personal assets and liabilities not otherwise reported on UST-32, Business Comparative Balance Sheet. For funds held in banks or brokerages, the debtor must report the month-end market value. For each remaining asset, the debtor should use the most current market values. Footnotes or explanations, if any, may be attached to this page.

| | MO/YR 1/31/13 | MO/YR 2/28/13 | MO/YR 3/31/13 |
|---|---|---|---|
| Cash | 17196 | 27569 | 21986 |
| Checking Account(s) | | | |
| Savings Account(s) | | | |
| Investment/Brokerage Account(s) | | | |
| IRA/Retirement Account(s) | | | |
| Remaining Personal Property | | | |
| Real Property | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| (attach additional sheets if needed) | | | |
| Other Assets (list all assets not included above even those acquired post-petition) | | | |
| | | | |
| | | | |
| Pre-Petition Liabilities | 13313 | 13313 | 13312 |
| Secured Debt | | | |
| Priority Unsecured Debt | | | |
| Unsecured Debt | | | |
| Post-Petition Liabilities | | 15932 | 7885 |
| Mortgage/Rent Payments Due | | | 3 |
| Other Secured Debt | | | |
| Unpaid Real Property Taxes | | | |
| Other Unpaid Taxes (specify) | | | |
| Other Unpaid Debts (specify) | | | |

http://web.mail.comcast.net/service/home/~/img604.jpg?auth=co&loc=en_US&id=240160...   4/19/2013

UST - 32 Attachment

**Rental Prop**
**Balance Sheet**
**As of March 31, 2013**

Accrual Basis

|  | Mar 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wells Fargo | 6,128.26 |
| **Total Checking/Savings** | 6,128.26 |
| **Total Current Assets** | 6,128.26 |
| **Fixed Assets** | |
| 2228 NE 81st | 99,000.00 |
| 353-355 Wheeler | 150,000.00 |
| 7317 NE 53rd Ave | 111,000.00 |
| 8939 N. Courtenay | 213,000.00 |
| **Total Fixed Assets** | 573,000.00 |
| **TOTAL ASSETS** | **579,128.26** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Opening Balance Equity | 573,000.00 |
| Owners Equity | 50.00 |
| Net Income | 6,078.26 |
| **Total Equity** | 579,128.26 |
| **TOTAL LIABILITIES & EQUITY** | **579,128.26** |

Case Number: 12-39057-elp11
Report Mo/Yr: _____ Mar-13

**Debtor:** Leah Bader

| UST-33, BUSINESS COMPARATIVE CASH FLOW STATEMENT | | | | |
|---|---|---|---|---|
| As of month ending: | MO/YR Dec 2012 | MO/YR | MO/YR | Cumulative Filing to Date |
| NET INCOME (LOSS) | | | | |
| | | | | |
| ADJUSTMENTS TO RECONCILE NET INCOME | | | | |
| TO NET CASH: | | | | |
| | | | | |
| Depreciation and Amortization | | | | |
| (Gain) Loss on Sale of Assets | | | | |
| (Increase) Decrease in Prepaids | | | | |
| (Increase) Decrease in Receivables | | | | |
| (Increase) Decrease in Inventory | | | | |
| | | | | |
| Increase (Decrease) in Payables | | | | |
| Increase (Decrease) in Taxes Payable | | | | |
| Increase (Decrease) in Professional Fees | | | | |
| Increase (Decrease) in Rents/Leases Pay | | | | |
| Increase (Decrease) in Accrued Interest | | | | |
| | | | | |
| | | | | |
| | | | | |
| NET CASH PROVIDED BY OPERATIONS | - | | | |
| | | | | |
| CASH FLOWS FROM INVESTING/FINANCING: | | | | |
| | | | | |
| Purchase of Fixed Assets | | | | |
| Proceeds from Sale of Fixed Assets | | | | |
| Capital Contributions | | | | |
| Loan Proceeds | | | | |
| Loan Principal and Capital Lease Payments | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| NET INCREASE (DECREASE) IN CASH | - | | | |
| | | | | |
| BEGINNING CASH | - | | | |
| | | | | |
| ENDING CASH | | | | |

Case Number: _____ 12-39057-elp11
Report Mo/Yr: _____ Mar-13

**Debtor:** Leah Bader _____

| UST-34, BUSINESS SUMMARY OF DISBURSEMENTS |
|---|

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare UST-34A (see next page) to include all bank accounts or other sources of the debtor's funds.  The disbursement total will be used to complete this SUMMARY OF DISBURSEMENTS.

The debtor is responsible for providing accurate monthly disbursement totals for purposes of calculating the debtor's obligation pursuant to 28 U.S.C. § 1930(a)(6) to pay statutory fees to the U.S. Trustee.  The disbursement total encompasses all payments made by the debtor during the reporting month, whether made directly by the debtor or by another party for the debtor.  It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction.  It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets.  The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

The U.S. Trustee payment is due on the last day of the month following the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively.  Because the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on actual disbursements for the calendar quarter, or portion thereof while the debtor is in Chapter 11 (i.e. until the case is converted, dismissed, or closed by final decree).  Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case.  A copy of the statutory fee schedule may be found in the Chapter 11 Guidelines on the U.S. Trustee's website located at:

> http://www.justice.gov/ust/r18/portland/chapter11.htm
> http://www.justice.gov/ust/r18/eugene/chapter11.htm

If you have any questions about how to compute the disbursement total, please call the U.S. Trustee's office:

Portland, OR     (503) 326-4000
Eugene, OR      (541) 465-6330

(UST-34A, with attachments, should follow this page.)

**COMPUTATION OF MONTHLY DISBURSEMENT TOTAL**

| | | |
|---|---|---|
| Total disbursements from UST-34A | $ | 61,846.22 |
| Cash payments not included in total above (if any) | | |
| Disbursements made by third parties for the debtor (if any, explain) | | |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | $ | 61,846.22 |

                       **Yes**     **No**

At the end of this reporting month, did the debtor have any delinquent statutory fees
 owing to the U.S. Trustee?              [   ]   [ x ]

(If yes, list each quarter that is delinquent and the amount due along with an explanation)

| **Quarter** | **Explanation** | **Amount** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Prior to the grant of Authority to Use case collateral Jerry Vanhorton was using his own money to pay the Best Bet Lodging expenses

**Debtor:**                                                Case Number:          12-39057-elp11

Leah Bader                                                 Report Mo/Yr:                Mar-13

---

## UST-34A - STATEMENT OF BUSINESS CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Include all bank accounts or other source of the debtor's funds and attach supporting documents as indicated on the checklist below. Use additional sheets as necessary.

| Depository (Bank) Name<br>Account Number<br>Type of Account | | | | | TOTALS |
|---|---|---|---|---|---|
| | See Attached Report | | | | |
| **Beginning Cash Balance** | | | | | - |
| **Add:** | | | | | |
| Transfers in | | | | | - |
| Receipts deposited | | | | | - |
| Other (identify source) | | | | | - |
|    Total Cash Receipts | - | - | - | - | - |
| | | | | | |
| **Subtract:** | | | | | |
| Transfers out | | | | | - |
| Disbursements by check or debit | | | | | - |
| Cash withdrawn | | | | | - |
| Other (identify source) | | | | | - |
|    Total Cash Disbursements | - | - | - | - | - |
| | | | | | |
| **Ending Cash Balance** | - | - | - | - | - |

Does each account identified above include the following supporting documents, as required? (Indicate **YES, NO or NOT APPLICABLE** in the boxes below).

Monthly bank statement copy | YES | YES | | |
**(do not include bank statement copies with the report filed with the Bankruptcy Court)**

Bank reconciliation (including outstanding checks and deposits in transit) | NO | NO | | |

A detailed list of receipts for the account (deposit log or receipts journal) | YES | YES | | |

A detailed list of disbursements for the account (check register or disbursement journal) | YES | YES | | |

Funds received and/or disbursed by another party | NO | NO | | |

Monthly Operating Report -Individual(s) Engaged in Business                    Page 10 of 21

UST-34A Attachment

34-A

March-13

| | CM 1568 | BB 1550 | Rentals 0750 | CM Savings | Motel savings | Personal |
|---|---|---|---|---|---|---|
| Beg. Balance | 14,432.47 | 31,639.42 | 3704.22 | 400.03 | 400.03 | 2481.15 |
| Deposits | 27,212 | 18,110.06 | 2600.04 | 150.02 | 150.02 | 4500.14 |
| Total Cash Receipts | 41644.47 | 49749.48 | 6304.26 | 550.05 | 550.05 | 6981.29 |
| Debit | 28,819.48 | 29,864.90 | 175.96 | | | 2985.88 |
| Ending Cash Balance | 12824.99 | 19884.58 | 6128.3 | 550.05 | 550.05 | 3995.41 |

Case Number: <u>12-39057-elp11</u>
Report Mo/Yr: <u>Mar-13</u>

**Debtor:** <u>Leah Bader</u>

## UST-35, BUSINESS STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-35, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

º At the beginning of the reporting month, the debtor did not have any uncollected pre-petition or post-petition accounts receivable; and,

º During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or write-off of accounts receivable from prior months.

**Initial here** <u>/s/ L.B.</u> **if the debtor asserts that both statements above are correct and then skip to UST-36,**
**Statement of Post-Petition Payables.**

### Accounts Receivable Aging*

|  | Balance at Month End | Current Portion | Past Due 31-60 days | Past Due 61-90 days | Past Due over 90 days | Uncollectible Receivables |
|---|---|---|---|---|---|---|
| Pre-petition |  |  |  |  |  |  |
| Post-petition |  |  |  |  |  |  |
| TOTALS | - | - | - | - | - | - |

Explain what efforts the debtor has made during the reporting period to collect receivables over 60 days past due.
*See Attached Report

### Accounts Receivable Reconciliation

|  | Post Petition* | Pre-Petition | Totals |
|---|---|---|---|
| Opening Balance | - | 20,318.00 | 20,318.00 |
| Add: Sales on account |  |  | - |
| Less:  Payments on account | - | (6,997.00) | (6,997.00) |
| Less:  Write-offs or other adjustments |  |  | - |
| Closing Balance | - | 13,321.00 | 13,321.00 |

### Insider Receivable Reconciliation

| Insider Name (e.g. officer, director, partner, member, shareholder) Relationship to Debtor |  |  |  |
|---|---|---|---|
| Opening Balance (if first report, use the balance on date of filing) |  |  |  |
| Add:  Current month advances |  |  |  |
| Less:  Current month payments |  |  |  |
| Closing Balance | - | - | - |

## Custom Marble
## A/R Aging Summary
As of March 31, 2013

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Augie Construction | 0.00 | 1,973.00 | 0.00 | 0.00 | 0.00 | 1,973.00 |
| Bertolucci Construction, Inc | 0.00 | 811.00 | 0.00 | 0.00 | 0.00 | 811.00 |
| Builder-OR | 0.00 | 1,187.00 | 0.00 | 0.00 | 0.00 | 1,187.00 |
| Hamish Murray Construction | | | | | | |
| Hufft | 0.00 | 4,936.00 | 0.00 | 0.00 | 0.00 | 4,936.00 |
| Total Hamish Murray Construction | 0.00 | 4,936.00 | 0.00 | 0.00 | 0.00 | 4,936.00 |
| James Woodworking & Home Remod... | 0.00 | 3,635.00 | 0.00 | 0.00 | 0.00 | 3,635.00 |
| Jim Miller | 0.00 | 931.00 | 0.00 | 0.00 | 0.00 | 931.00 |
| L&L Design & Remodeling | 0.00 | 0.00 | 0.00 | 3,087.00 | 0.00 | 3,087.00 |
| Mark Dawson Const, LLC | 0.00 | 1,870.00 | 0.00 | 0.00 | 0.00 | 1,870.00 |
| Move-in Ready | 0.00 | -2,000.00 | 0.00 | 0.00 | 0.00 | -2,000.00 |
| TOTAL | 0.00 | 13,343.00 | 0.00 | 3,087.00 | 0.00 | 16,430.00 |

Case Number: ___12-39057-elp11___
Report Mo/Yr: ___Mar-13___

**Debtor:** ___Leah Bader___

---

| UST-36, BUSINESS STATEMENT OF AGED POST-PETITION PAYABLES |
|:---:|
| PART A - TRADE ACCOUNTS PAYABLE |

---

**INSTRUCTIONS:** Complete PART A - TRADE ACCOUNTS PAYABLE unless the debtor asserts that this statement is true for this reporting month:

° Except for taxes disclosed in PART B of this report, the debtor has no other unpaid post-petition payables from the current reporting month or from any prior post-petition months.

**Initial here ___/s/ L.B.___ if the debtor asserts that the statement above is correct and then skip to UST-36, Part B, Taxes.**

**Accounts Payable Aging**

| | Balance at Month End | Current Portion | Past Due 31-60 days | Past Due 61-90 days | Past Due over 90 days |
|---|---|---|---|---|---|
| Post-petition | | | | | |

1.  For Accounts Payable **more than 30 days past due,** explain why payment has not been made.

2.  Attach the debtor's accounts payable aging report.

**Post-Petition Trade Accounts Payable Reconciliation**

| | |
|---|---|
| Opening Balance | - |
| Add: New payables this reporting period | |
| Less:  Payments made | - |
| Closing Balance | - |

| | Case Number: | 12-39057-elp11 |
|---|---|---|
| | Report Mo/Yr: | Mar-13 |

**Debtor:**          Leah Bader

---

### UST-36, BUSINESS STATEMENT OF AGED POST-PETITION PAYABLES
### PART B - TAXES

---

**CERTIFICATION:** The undersigned certifies under penalty of perjury that all post-petition taxes required to be withheld or collected have been paid to the appropriate taxing authority or that a deposit for such amounts has been made into a separate bank tax account as more fully described below.

BY:     /s/ Leah Bader_____          DATE:_____4/19/13_____

---

**Reconciliation of Unpaid Post-Petition Taxes - Custom Marble + Best Bet(No State Tax)**

| Type of Tax | 1<br>Unpaid Post-petition Taxes from Prior Reporting Month | 2<br>Post-petition Taxes Accrued this Month (New Obligations) | 3<br>Post-petition Tax Payments Made this Reporting Month | 4<br>Unpaid Post-petition Taxes at End of Reporting Month (Column 1+2-3=4) |
|---|---|---|---|---|
| **FEDERAL EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | | 136.00 | | 136.00 |
| FICA/Medicare-Employee | | 391.70 | | 391.70 |
| FICA/Medicare-Employer | | 530.34 | | 530.34 |
| Unemployment (FUTA) | | | | - |
| **STATE EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | | 156.00 | | 156.00 |
| Unemployment (SUTA) | | 339.26 | | 339.26 |
| Worker's Compensation | | 13.82 | | 13.82 |
| **OTHER TAXES** | | | | |
| Corporate Income Tax | | | | - |
| Local City/County Tax | | 44.09 | | 44.09 |
| Sales Tax | | | | - |
| Personal Property Tax | | | | - |
| Real Property Tax | | | | - |
| Other | | | | - |
| Total Unpaid Post-Petition Taxes | | | $ | 1,611.21 |

---

Is the debtor delinquent in any tax reporting? **If yes,** provide the name of the taxing authority, a description of the report that is past due, the original report due date, any payment due, and the reason for the delinquency.

---

Case Number: <u>12-39057-elp11</u>
Report Mo/Yr: <u>Mar-13</u>

**Debtor:** <u>Leah Bader</u>

| **UST-37 BUSINESS/PERSONAL STATEMENT OF OPERATIONS** |
| --- |

INSTRUCTIONS:  Answer each question fully and attach additional sheets as necessary to provide a complete response

**Question 1 - Sale of the Debtor's Assets**
Did the debtor, or another party on behalf of the the debtor, sell, transfer, or otherwise dispose of any of the debtor's business or personal assets during the reporting month that are out of the ordinary course of the debtor's business?  **If yes, identify each asset, date of sale notice, method of disposition, and gross and net sale proceeds received.  If real property was sold, attach a copy of the closing statement.**

| | Yes | No |
| --- | --- | --- |
| | ☐ | X |

**Question 2 - Financing**
During the reporting month, did the debtor receive any business or personal financing, or loans from an outside funding source?  **If yes, indicate the source of the funds, date paid to the debtor, dollar amount and date of court approval.**

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | ☐ | X |

**Question 3 - Insurance and Bond Coverage**

| | Yes | No |
| --- | --- | --- |
| Did the debtor renew or replace any insurance policies during this reporting month?  **If yes, attach a certificate of insurance for each renewal or change in coverage.** | ☐ | X |
| Were any of the debtor's insurance policies canceled or otherwise terminated for any reason during the reporting month?  **If yes, explain.** | ☐ | X |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond).  **If yes, explain.** | ☐ | X |

**Question 4 - Significant Events**
Provide a narrative report of any significant events that may have an effect on the financial condition of the debtor or any events out of the ordinary course of business that are not described elsewhere in this report.  Attach separate sheets as necessary.

**Question 5 - Case Progress**
Explain what progress the debtor has made during the reporting month toward confirmation of a plan of reorganization.

Case Number: 12-39057-elp11

Report Mo/Yr: Mar-13

**Debtor:** Leah Bader

---

| | BUSINESS/PERSONAL STATEMENT OF OPERATIONS (Continued) |
|---|---|

**UST-37, BUSINESS/PERSONAL STATEMENT OF OPERATIONS (Continued)**

**Question 5 - Continued**

| | Filed? | Estimated Date To be Filed If not Filed |
|---|---|---|
| Disclosure Statement: | No | 5/12/2013 |
| Plan of Reorganization: | No | 5/12/2013 |

**Payments on Pre-Petition Unsecured Debt (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?   **If "yes", complete table for each payment.**

| Payee's Name | Nature of Payment | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | x |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Payments to Attorneys and Other Professionals (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?   **If "yes", complete table for each payment.**

| Professional's Name | Type of Work Performed | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | X |
| | | | | | | |

**Payments to or from Debtor's Friends, and Relatives**

Did another party make any payments during this reporting month to, or for the benefit of, the debtor **OR** did the debtor make any payments to, or for the benefit of, the debtor's friends, relatives, or other insiders? **If "yes", complete table for each payment**

| Payee's Name | Relationship to Debtor | Payment Date | Amount | Purpose of Payment | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | X |
| | | | | | | |
| | | | | | | |

Case Number:  12-39057-elp11
Report Mo/Yr:  Mar-13

**Debtor:**  Leah Bader

| **UST-38, PERSONAL COMPARATIVE BALANCE SHEET** |
|---|

**INSTRUCTIONS:**  This balance sheet has been designed for ease of use for debtor's personal assets and liabilities.  Accordingly, it is not intended to follow standard accounting principles.  Include in this balance sheet only personal assets and liabilities not otherwise reported on UST-32, Business Comparative Balance Sheet.  For funds held in banks or brokerages, the debtor must report the month-end market value.  For each remaining asset, the debtor should use the most current market values.  Footnotes or explanations, if any, may be attached to this page.

| ASSETS                    As of month ending: | **MO/YR** **March 2013** | **MO/YR** **Jan 2013** | **MO/YR** **Feb 2013** | **PER SCHEDULES** **(i.e. Petition Date)** |
|---|---|---|---|---|
| Cash | | | | |
| Checking Account(s) | 3,995 | 1,940 | 2,481 | 126 |
| Savings Account(s) | | | | |
| Investment/Brokerage Account(s) | | | | |
| IRA/Retirement Account(s) | | | | |
| Remaining Personal Property | | | | |
| Real Property | 2,324,000 | 2,324,000 | 2,324,000 | 2,324,000 |
| 1. See attached itemization | | | | |
| 2. | | | | |
| 3. | | | | |
| (attach additional sheets if needed) | | | | |
| | | | | |
| Other Assets (list all assets not included | 30,077 | 30,077 | 30,077 | 30,077 |
| above even those acquired post-petition) | | | | |
| TOTAL ASSETS | 2,358,072 | 2,356,017 | 2,356,558 | 2,354,203 |
| | | | | |
| LIABILITIES | | | | |
| Pre-Petition Liabilities | | | | |
| Secured Debt | 1,535,789 | 1,535,789 | 1,535,789 | 1,535,789 |
| Priority Unsecured Debt | 72,435 | 72,435 | 72,435 | 72,435 |
| Unsecured Debt | 939,626 | 939,626 | 939,626 | 939,626 |
| TOTAL PRE-PETITION LIABILITIES | 2,547,850 | 2,547,850 | 2,547,850 | 2,547,850 |
| Post-Petition Liabilities | | | | |
| Mortgage/Rent Payments Due | 4,530 | 13,451 | 17,981 | |
| Other Secured Debt | | | | |
| Unpaid Real Property Taxes | | | | |
| Other Unpaid Taxes (specify) | | | | |
| Other Unpaid Debts (specify) | | | | |
| | | | | |
| TOTAL POST-PETITION LIABILITIES | 4,530 | 13,451 | 17,981 | - |
| | | | | |
| TOTAL LIABILITIES | 2,552,380 | 2,561,301 | 2,565,831 | 2,547,850 |

| NET WORTH (TOTAL ASSETS MINUS TOTAL TOTAL LIABILITIES) | (194,308) | (205,284) | (209,273) | (193,647) |
|---|---|---|---|---|

Property Itemization of Debtor        Attachement to UST-38

| Detail of Property: | Fair Market Value | Secured Claims |
|---|---|---|
| 500 S. Center St Reno, NV* | $218,500.00 | $183,000.00 |
| 941 S. Virginia Reno ,NV* | $218,500.00 | $183,000.00 |
| 749 NE Lombard, Portland, OR | $750,000.00 | $225,000.00 |
| 352-355 Wheeler Rd. Reno, NV | $150,000.00 | $150,719.00 |
| 895 SE River Forest Rd Milwaukie, OR | $450,000.00 | $359,103.00 |
| 2228 NE 81st St, Portland, OR | $165,000.00 | $99,460.00 |
| 7317 NE 53rd Ave Vancouver, WA | $167,000.00 | $111,052.00 |
| 8939 N Courtenay, Portland, OR | $205,000.00 | $224,455.00 |
| Totals: | $2,324,000.00 | $1,535,789.00 |

* Security is attached to both pieces of real property (50% reflected on each)

| | Case Number: | 12-39057-elp11 |
| --- | --- | --- |
| | Report Mo/Yr: | Mar-13 |

**Debtor:**  Leah Bader

## UST-39, PERSONAL SUMMARY OF RECEIPTS

**INSTRUCTIONS:**  Complete each category and provide the net receipts total for the month.  Use the Notes section to explain or itemize receipts when appropriate.

| Type of Receipt | Gross Amount | Net Amount |
| --- | --- | --- |
| Wages or salary | | |
| Social security, pension, or 401k distributions | | |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property (requires court order) | | |
| Proceeds from sale of personal property (requires court order) | | |
| Other (explain) | | |
| | | |
| | | |
| | | |
| TOTAL RECEIPTS FOR THIS MONTH | - | - |

Notes:
          See Attached

| | |
|---|---|
| Case Number: | 12-39057-elp11 |
| Report Mo/Yr: | Mar-13 |

**Debtor:**   Leah Bader

## UST-40, PERSONAL SUMMARY OF DISBURSEMENTS

**INSTRUCTIONS:**  BEFORE COMPLETING THIS PAGE, prepare UST-40A (see next page) to include all bank accounts or other sources of the debtor's funds.  The disbursement total will be used to complete this SUMMARY OF DISBURSEMENTS.

(UST-40A, with attachments, should follow this page.)

| COMPUTATION OF MONTHLY DISBURSEMENT TOTAL | | |
|---|---|---|
| Total disbursements from UST-40A | | |
| Cash payments not included in total above (if any) | | |
| Disbursements made by third parties for the debtor (if any, explain) | | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | | |
| **TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES** | $ | - |

| | | **UST-40A** |
|---|---|---|
| **Debtor:** | Case Number: | 12-39057-elp11 |
| Leah Bader | Report Mo/Yr: | Mar-13 |

### UST-40A - PERSONAL FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Include all bank accounts or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.  Use additional sheets as necessary.

| Depository (Bank) Name<br>Account Number<br>Type of Account | Wells Fargo<br>X0750<br>DIP-Pers | | | | TOTALS |
|---|---|---|---|---|---|
| | | See Attached Bank Statement | | | |
| **Beginning Cash Balance** | | | | | - |
| **Add:** | | | | | |
| Transfers in | | | | | - |
| Receipts deposited | | | | | - |
| Other (identify source) | | | | | - |
|    Total Cash Receipts | - | - | - | - | - |
| | | | | | |
| **Subtract:** | | | | | |
| Transfers out | | | | | - |
| Disbursements by check or debit | | | | | - |
| Cash withdrawn | | | | | - |
| Other (identify source) | | | | | - |
|    Total Cash Disbursements | - | - | - | - | - |
| | | | | | |
| **Ending Cash Balance** | - | - | - | - | - |

Does each account identified above include the following supporting documents, as required? (Indicate **YES, NO or NOT APPLICABLE** in the boxes below).

| | | | | |
|---|---|---|---|---|
| Monthly bank statement copy<br>**(do not include bank statement copies<br>with the report filed with the Bankruptcy<br>Court)** | YES | YES | | |
| Bank reconciliation (including<br>outstanding checks and deposits in<br>transit) | NO | NO | | |
| A detailed list of receipts for the account<br>(deposit log or receipts  journal) | YES | YES | | |
| A detailed list of disbursements for the<br>account (check register or disbursement<br>journal) | YES | YES | | |
| Funds received and/or<br>disbursed by another party | NO | NO | | |

UST 39+40 Addendum

# Bader Household Income and Expenses
## For the Month Ended March 31, 2013
## Cash Basis

**Income**

Custom Marble

| | |
|---|---:|
| Owner draw | 4,500.00 |
| Interest-Checking Acct. | 0.14 |
| Sub-total | 4,500.14 |
| **Total Income** | 4,500.14 |

**Expenses**

Household-General

| | |
|---|---:|
| Groceries / Food | 1,360.22 |
| Misc. Groceries | 322.41 |
| Sub-total | 1,682.63 |

Utilities / Maintenance

| | |
|---|---:|
| Comcast | 185.98 |
| PGE | 207.20 |
| House Keeper | 62.50 |
| NW Natural Gas | 75.00 |
| Oak Lodge Water | 51.25 |
| Oak Grove Disposal | 62.30 |
| Sub-total | 644.23 |

Household-Misc.

| | |
|---|---:|
| Farmer's Life Ins. | 89.49 |
| Farmer's Life Ins. | 75.00 |
| Health Ins. | 54.00 |
| Eastside Athletic | 95.00 |
| Target-kids clothes | 62.59 |
| Auto Gas / Maint. | 226.54 |
| Dry Cleaners | 56.40 |
| Sub-total | 659.02 |
| **Total Expenses** | 2,985.88 |

| | |
|---|---:|
| **Net Income** | 1,514.26 |

**Cash flow: Check Book**

| | |
|---|---:|
| Beginning balance 3/1/13 | 2,481.15 |
| Add:  Total Income | 4,500.14 |
| Less: Total Expenses | (2,985.88) |
| Ending balance 2/28/13 | 3,995.41 |

Case Number: <u>12-39057-elp11</u>
Report Mo/Yr: <u>Mar-13</u>

**Debtor:** <u>Leah Bader</u>

| UST-41, FILING AND CERTIFICATIONS |
|---|

**CERTIFICATION OF BANK ACCOUNTS:**

The undersigned certifies under penalty of perjury that every financial account used by the debtor is reflected in UST-34A and UST-40A of this report and is held in a depository included on the U.S. Trustee's list of authorized depositories. The undersigned further certifies that each such depository has been notified that the account holder is a debtor in a Chapter 11 case under the jurisdiction of the Bankruptcy Court.

BY: <u>/s/ Leah Bader</u>     DATE: <u>4/19/13</u>

**WHERE TO FILE A MONTHLY OPERATING REPORT:** Local Bankruptcy Rule 2015-2 requires the debtor to file its monthly financial report with the U.S. Bankruptcy Court.

**File the <u>original</u>….(select only one)**

**For a Chapter 11 case filed in Portland, OR:**
United States Bankruptcy Court
1001 SW 5th Avenue, 7th floor
Portland, OR  97204

**For a Chapter 11 case filed in Eugene, OR:**
United States Bankruptcy Court
405 East 8th Avenue, Suite 2600
Eugene, OR  97401

**CERTIFICATION SERVICE: The undersigned certifies that copies of this report and supporting documents have been served upon each of the following persons in this case: U.S. Trustee; the chairperson of each official committee of creditors or equity security holders and the attorney(s) for each such committee; the debtor and the debtor's attorney; and the trustee and the trustee's attorney, if applicable.**

BY: <u>/s/ Theodore J Piteo, Atty for Debtor</u>     DATE: <u>4/19/13</u>

PHONE NUMBER: <u>503-786-3800</u>

**Send U.S. Trustee's <u>copy</u> to: (select only one)**

**For a Chapter 11 case filed in Portland, OR:**
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR  97205

**For a Chapter 11 case filed in Eugene, OR:**
Office of the United States Trustee
405 East 8th Avenue, Suite 1100
Eugene, OR  97401